I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-20-13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU,<br><br>    Plaintiff,<br><br>vs.<br><br>M. BRYANT et al.,<br><br>    Defendants. | Case No. CV 13-1455-UA (JPR)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE |

On March 15, 2013, the Court denied Plaintiff's request to proceed in forma pauperis because his civil rights complaint failed to state a claim upon which relief might be granted and because he had failed to provide a signed, certified copy of his trust-fund statement for the past six months. The Court gave Plaintiff 30 days' leave to file an amended complaint and IFP application correcting the deficiencies. To date he has not done so.

Accordingly, for the reasons expressed in the March 15 order and attachment denying IFP status and for the additional reason

///
///
///

1

1 | that Plaintiff has failed to prosecute this action, it is
2 | dismissed without prejudice.
3 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 | DATED: May 9, 2013

                                 HON. DEAN D. PREGERSON
                                 ACTING CHIEF U.S. DISTRICT JUDGE

Presented by:

Jean P. Rosenbluth
U.S. Magistrate Judge