I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-20-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | Case No. CV 13-1455-UA (JPR) |
|     Plaintiff, | |
|     vs. | **JUDGMENT** |
| M. BRYANT et al., | |
|     Defendants. | |

In accordance with the Order Dismissing Action for Failure to State a Claim and Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 9, 2013

_____
HON. DEAN D. PREGERSON
ACTING CHIEF U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY