I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-20-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,

   vs.

M. BRYANT et al.,

        Defendants.

Case No. CV 13-1455-UA (JPR)

**J U D G M E N T**

   In accordance with the Order Dismissing Action for Failure to State a Claim and Failure to Prosecute,

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 9, 2013

_____
HON. DEAN D. PREGERSON
ACTING CHIEF U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY